No. 98–5040. WALKER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 98–5041. BRISON *v.* SCOTT, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied. ▮

No. 98–5043. TREVINO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 98–5044. BILES *v.* MORGAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–5045. CLAYTON *v.* HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 98–5046. BIRDS *v.* NUGENT ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 98–5047. PUGH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. ▮

No. 98–5048. ROMINES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮

No. 98–5049. OWENS *v.* UNITED STATES; and
No. 98–5377. JOHNSON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Reported below: 134 F. 3d 383.

No. 98–5050. SERRANO *v.* SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 98–5051. SMITH *v.* UNITED FEDERATION OF TEACHERS ET AL. C. A. 2d Cir. Certiorari denied. ▮

No. 98–5052. RIDDICK *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 98–5054. ROBERTS *v.* CAIN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–5056. JOHNSON, AKA IDRISSI *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮